AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Lavinia Hoskinson,<br>*Plaintiff*<br>v.<br>Andrew M. Saul, Commissioner of Social Security Administration,<br>*Defendant* | ) ) ) ) ) ) )   Civil Action No.   2:19-cv-1677 DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Magistrate Judge's Report and Recommendation is Adopted. The Commissioner's decision is Reversed and Remanded for further consideration.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge.

Date:   December 29, 2020                              *CLERK OF COURT*

                                                       s/ V. Druce, Deputy Clerk
                                                       *Signature of Clerk or Deputy Clerk*